UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARASH SHAFIHIE,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al.,<br><br>Defendants. | No. 2:23-cv-01436-DAD-EFB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. No. 8) |

Plaintiff Arash Shafihie is a state inmate proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 16, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute this action. (Doc. No. 8 at 2.)  In particular, on November 29, 2023, the court screened plaintiff's complaint and dismissed it for, among other things, joinder of unrelated claims, but granted plaintiff leave to file an amended complaint within thirty days from the date of service of that order. (Doc. No. 5 at 2–4.)  To date, plaintiff has not filed an amended complaint or otherwise communicated with the court.  Accordingly, the pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were

to be filed within fourteen (14) days after service.  (Doc. No. 8 at 2.)[1]  No objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on January 16, 2024 (Doc. No. 8) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to comply with a court order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 15, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] On January 22, 2024, the service copy of the findings and recommendations was returned to the court marked as "Undeliverable, Return to Sender."  It is plaintiff's responsibility to always keep the court apprised of his current address.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.  Thus, plaintiff was properly served.

2